1   Rick Bergstrom (State Bar No. 169594)
    rjbergstrom@jonesday.com
2   Koree B. Wooley (State Bar No. 294489)
    kbwooley@jonesday.com
3   Joshua C. Dutton (State Bar No. 328750)
    jdutton@jonesday.com
4   JONES DAY
    4655 Executive Drive
5   Suite 1500
    San Diego, CA  92121.3134
6   Telephone: +1.858.314.1200
    Facsimile:  +1.844.345.3178
7
    Attorneys for Defendant
8   SOUTHERN CALIFORNIA GAS COMPANY

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                       WESTERN DIVISION

12

13

14  JASON ALTENHOFEN, individually     Case No. 2:20-cv-01723-JFW (JPRx)
    and on behalf of all others similarly
15  situated,                          **ORDER DENYING PLAINTIFF'S
                                       *EX PARTE* APPLICATION TO
16              Plaintiff,             CONTINUE HEARING ON
                                       MOTION TO COMPEL
17       v.                            ARBITRATION**

18  SOUTHERN CALIFORNIA GAS            [Doc No. 21]
    COMPANY,
19
                Defendant.
20

21

22

23

24

25

26

27

28
                                   CASE NO. 2:20-CV-01723-JFW (JPRx)
                                        [PROPOSED] ORDER DENYING
                                  PLAINTIFF'S EX PARTE APPLICATION

**ORDER**

On April 13, 2020, Defendant Southern California Gas Company ("Defendant") filed a motion to compel arbitration and stay this case. (Doc. No. 16.) The motion to compel arbitration was noticed for a hearing on May 11, 2020, in compliance with the Local Rules and this Court's standing order. (Doc. No. 8.) On April 15, 2020 at 5:17 p.m., Plaintiff Jason Altenhofen ("Plaintiff") filed an *ex parte* application to continue the hearing on the motion to compel arbitration to June 1, 2020. (Doc. No. 21.) Later that evening, Defendant filed an opposition to the *ex parte* application. (Doc. No. 22.)

As set forth in this Court's Standing Order, ex parte applications are solely for extraordinary relief, *see Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488 (C.D. Cal. 1995), and applications that do not conform with all applicable rules will not be considered. Accordingly, the Court denies Plaintiff's *ex parte* application on that basis alone. The Court further concludes that Plaintiff has not established good cause for a 49-day notice period on the pending motion to compel arbitration, for at least the reasons set forth in Defendant's opposition to the *ex parte* application.

Plaintiff's *ex parte* application for an order continuing the hearing on Defendant's motion to compel arbitration is denied.

**IT IS SO ORDERED.**

Dated: April 16, 2020

_____
THE HON. JOHN F. WALTER
United States District Judge

CASE NO. 2:20-CV-01723-JFW (JPRx)
[PROPOSED] ORDER DENYING
PLAINTIFF'S EX PARTE APPLICATION

- 1 -