**Richard J. (Rex) Burch**
rburch@brucknerburch.com
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Ste. 1500
Houston, TX 77046
phone 713 877 8788
fax     713 877 8065

**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
340 S. Lemon Ave., #1228
Walnut, CA 91789
phone 713 999 5228
fax     713 999 1187

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASON ALTENHOFEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA GAS COMPANY,<br><br>Defendant. | **Case No. 2:20-cv-01723-JFW (JPRx)**<br>FLSA Collective Action<br>Fed. R. Civ. P 23 Class Action<br><br>**ALTENHOFEN'S NOTICE OF DISMISSAL**<br><br>**Discovery cutoff date: None set**<br>**Pretrial date: None set**<br>**Trial date: None set** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Jason Altenhofen dismisses this case without prejudice. Defendant has not filed an answer or a motion for summary judgment. *Hamilton v. Shearson-Lehman Am. Exp., Inc.*, 813 F.2d 1532, 1535 (9th Cir. 1987) ("A motion to compel arbitration and stay proceedings is

BRUCKNER BURCH PLLC

1    not the equivalent of an answer or a motion for summary judgment."). Because

2    Altenhofen voluntarily dismisses his claims against Defendant before Defendant

3    "served either an answer or a motion for summary judgment … the case is no longer

4    proceeding." *Titus v. BlueChip Fin.*, 786 F. App'x 694, 695 (9th Cir. 2019).

5         Dated: April 16, 2020                    Respectfully submitted,

6                                                  **BRUCKNER BURCH PLLC**

7

8                                                       **/s/ Rex Burch**
                                                   By: _____

9                                                       **Richard J. (Rex) Burch**
                                                        rburch@brucknerburch.com

10                                                 8 Greenway Plaza, Ste. 1500

11                                                 Houston, TX 77046
                                                   phone 713 877 8788

12                                                 fax     713 877 8065

13

14                                                 **Matthew S. Parmet**
                                                   (CSB # 296742)

15                                                 matt@parmet.law
                                                   **PARMET PC**

16                                                 340 S. Lemon Ave., #1228

17                                                 Walnut, CA 91789
                                                   phone 713 999 5228

18                                                 fax     713 999 1187

19                                                 **Attorneys for Plaintiff**

20

21

22

23

24

25

26

27

28